# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 22, 2018

## NO. 03-08-00366-CV

**American Housing Foundation; Credit Realty Partners XI, Ltd.; Austin Fairway Village, Ltd.; and Austin Santa Maria Village, Ltd., Appellant**

**v.**

**Travis County Appraisal District, Appellee**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court on May 12, 2008. Having reviewed the record, the Court holds that American Housing Foundation; Credit Realty Partners XI, Ltd.; Austin Fairway Village, Ltd.; and Austin Santa Maria Village, Ltd. have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.